Richard GRANT, Sr., Plaintiff— Appellant,

v.

ISEC, INCORPORATED; Donald Filinks, Jointly and severally in his official capacity as Foreman or Superintendant; Michael Safechuck, Jointly and severally in his official capacity as Foreman or Superintendant, Gabe Sherman, Jointly and severally in his official capacity as Foreman or Superintendant, Richard Springer, Jointly and severally in his official capacity as Director of Human Resources, Michael Hanneke, Jointly and severally in his official capacity as Foreman or Superintendant; James McAllister, Jointly and severally in his official capacity as Vice–President of Eastern Operations; Jeffrey Morrow, Jointly and severally in his official capacity as Installation Manager; Louis Daniels, Jointly and severally in his official capacity as Foreman or Superintendant, Defendants—Appellees.

No. 10–1584.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Sept. 30, 2010.

Richard Grant, Sr., Appellant Pro Se. Melissa Hammock, Bruce Stephen Harrison, Shawe & Rosenthal, LLP, Baltimore, Maryland, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Grant, Sr., appeals the district court's order granting summary judgment in favor of ISEC, Inc. on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grant v. ISEC, Inc.*, No. 1:08–cv–02791–RDB, 2010 WL 1569856 (D.Md. Apr. 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*